ON REMAND FROM THE SUPREME COURT OF FLORIDA
 

 PER CURIAM.
 

 This case is before us on remand from the Supreme Court of Florida for reconsid
 
 *920
 
 eration following its decision in
 
 Yisrael v. State,
 
 993 So.2d 952 (Fla.2008). In
 
 Yisra-el,
 
 the supreme court disapproved of our decision as it related to the admission of a release date letter from the Department of Corrections as either a business or public records exception to the hearsay rule. However, “the supreme court held that a signed release date-letter, written under seal, or a section 90.902(11) business record certification, may be used to authenticate an attached DOC ‘Crime and Time Report’ to render the entire report admissible under the public records exception to the hearsay rule.”
 
 Ingram v. State,
 
 7 So.3d 657, 657-58 (Fla. 4th DCA 2009) (citing
 
 Yisrael,
 
 993 So.2d at 960).
 

 Here, the State admitted the Crime and Time Report with the required authentication to support an enhanced sentence under the Prison Releasee Reoffender statute as approved in
 
 Yisrael.
 
 We therefore affirm.
 

 Affirmed.
 

 STEVENSON, MAY and LEVINE, JJ., concur.